MILLER-CRIPPEN EQUIPMENT COMPANY, INC., Respondent, v. EQUIPMENT CORPORATION OF AMERICA, Appellant.— Appeal dismissed unless appellant

shall file and serve printed papers on appeal and its printed briefs on appeal and pay to respondent's attorneys ten dollars by November third, and be ready for argument on November fifteenth.